

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

MICHAEL ANDREW FOREMAN,     §

               Appellant,    §

v.                          §

THE STATE OF TEXAS,        §

               State.      §

                         §

No. 08-13-00042-CR

Appeal from the

County Crim Ct No 9

of Tarrant County, Texas

(TC# 1196029)

**O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **August 2, 2013.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Abe Factor, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **August 2, 2013.**

IT IS SO ORDERED this 16th day of July, 2013.


                               PER CURIAM

Before McClure, C.J., Rivera and Rodriguez, JJ.